# Third District Court of Appeal

## State of Florida

Opinion filed February 10, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-1275
Lower Tribunal No. 11-25865

————————

**Darrell T. Smith Jr.,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Christina Marie DiRaimondo, Judge.

Darrell T. Smith Jr., in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, C.J., and GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Asay v. State, 210 So. 3d 1, 22 (Fla. 2016) ("[W]hen reviewing a court's summary denial of a successive [postconviction] motion . . . [the appellate court] will affirm the ruling if the record conclusively shows that the movant is entitled to no relief."); Harris v. State, 801 So. 2d 973, 974 (Fla. 2d DCA 2001) (affirming the denial of a rule 3.850 motion as successive following denial of a prior rule 3.170(*l*) motion).